AO 451  (Rev. 01/09; DC 4/10)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| CRESCENT PETROLEUM COMPANY INTERNATIONAL LIMITED, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.  22-1361 (JMC) |
| NATIONAL IRANIAN OIL COMPANY, | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___04/30/2024___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: ___04/21/2026___



ANGELA D. CAESAR, CLERK OF COURT

**Byron M Lee Jr.** Digitally signed by Byron M Lee Jr.
Date: 2026.04.21 10:07:36 -04'00'

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CRESCENT PETROLEUM COMPANY INTERNATIONAL LIMITED, et al.,<br><br>Petitioners,<br><br>v.<br><br>NATIONAL IRANIAN OIL COMPANY,<br><br>Respondent. | Case No. 22-cv-1361 (JMC) |

**ORDER AND JUDGMENT**

For the reasons stated in the Court's memorandum opinion, it is hereby **ORDERED** that Petitioners' petition to confirm arbitration award, ECF 1, and motion for default judgment, ECF 18, are **GRANTED**. It is further

**ORDERED, ADJUDGED, and DECREED** that judgment for $2,756,123,688 is entered in favor of Petitioners and against Respondent National Iranian Oil Company (NIOC) under the arbitral award rendered in the arbitration proceeding between Petitioners and NIOC dated September 27, 2021:

    (i)    $2,429,162,306 for Petitioners' loss of profits and liability caused by NIOC's breach under the Gas Sales and Purchase Contract;

    (ii)    $326,961,382 as interest on the principal amount at the rate of 12 month EIBOR +1 percentage point, compounding annually, commencing December 27, 2021 up to and including the date of this judgment, April 30, 2024.

It is further

**ORDERED** that a reasonable period of time pursuant to 28 U.S.C. §1610(c) will have elapsed following the entry of this judgment in order for Petitioners to seek to enforce this

1

judgment by means of attachment, execution, or otherwise as of May 30, 2024 (30 days following the entry of this judgment).

This is a **FINAL JUDGMENT**.


**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: April 30, 2024



**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK

Byron M Lee Jr.

Digitally signed by Byron M Lee Jr.
Date: 2026.04.21 10:10:03 -04'00'